# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Paul Edward Johnson

Plaintiff

v.

James Bruton, Donald Doane, Dan Ahlness, and John Doe and several unknown officials named here as, sued in their individual and official capacities.

Defendants

Case No. Civil 00-2626 DWF/JMM

**JUDGMENT IN A CIVIL CASE**

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** Magistrate Judge Masons's Report and Recommendation dated 12/28/00 is adopted. Plaintiff's application to proceed without prepayment of fees is denied. The action is summarily dismissed. Plaintiff is ordered to pay the unpaid balance of the court filing fee namely the full $150. Plaintiff's motion for appointment of counsel is denied. This action is dismissed on the grounds that it is frivolous, malicious or fails to state a claim on which relief may be granted.

DATE: March 29, 2001

FRANCIS E. DOSAL, CLERK

______________________________

Victoria Moralez, Deputy Clerk